JOHN F. BURTH, Respondent, v. NEW YORK MERCHANT BAKERS SECURITY ASSOCIATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

HERMAN DARM and WILHEMINA DARM, Respondents, v. MORRIS KLETZKIN and JULIUS KLETZKIN, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

JOSEPH FYBUSH, Respondent, v. NEPTUNE DEVELOPMENT Co., INC., and Others, Defendants, and LARK HOLDING COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

CHARLOTTE GREENBERG, Appellant, v. COMMERCIAL CREDIT CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application for Discovery and Delivery of Property Withheld by CHARLES H. VAN BUREN and Others, from the Estate of SARA DADE BYLES COMFORT, Deceased. JESSIE F. COMFORT and Others, as Executors, etc., of SARA DADE BYLES COMFORT, Deceased, Appellants; CHARLES H. VAN BUREN and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of LOUIS J. FEINSTEIN, Also Known as LEWIS J. FEINSTEIN, an Attorney.— Matter referred to Honorable Norman. S. Dike, official referee, to investigate and to report on the question whether the respondent has in all respects complied with the order of suspension herein dated November 13, 1931, and entered November 24, 1931, including his failure to advise the court that an order to punish him for contempt had been issued. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

LARK HOLDING Co., INC., Appellant, v. NEPTUNE DEVELOPMENT Co., INC., and Others, Defendants; ISAAC PARSHELSKY and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

LONG ISLAND IRON FIREMAN, INC., Appellant, v. ALBERT OERTEL, Respondent. — Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

LESTER P. McARDLE and BANK OF BABYLON, Respondents, v. LIDO CLUB HOTEL, INC., and LONG BEACH ON THE OCEAN, INC., Appellants, and TULLY & DI NAPOLI, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

PETER MESSER, Respondent, v. ABRAHAM GUSSOW and NEW McNEIL REALTY CORPORATION, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.